UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **CHARLES BEVERLY,**<br>     **Plaintiff** | : :  : | |
| | : | CASE NO.: 6:23-cv-1130 |
| | : : | |
| **VERSUS** | : : | JUDGE: Robert R. Summerhays |
| | : | MAG. JUDGE:  Carol B. Whitehurst |
| | : | |
| **BLAISE SMITH,**<br>in his official capacity as<br>sheriff for St. Mary<br>Parish, **DEPUTY JANE DOE,** in her<br>individual and official capacity as Deputy<br>for St. Mary Parish Sheriff's Office, | : : : : : : : : : | |
| **Defendants** | : | |

**EX PARTE MOTION TO APPOINT U.S. MARSHALL AS PROCESS SERVER**

NOW INTO COURT, through the undersigned counsel, comes plaintiff in the above-entitled action, who moves this Court for an order directing the U.S. Marshall to effect service of process of the summons and complaint upon the Defendant, Blaise Smith, in his official capacity as sheriff for St. Mary Parish. On August 23, 2023, pursuant to 28 U.S.C. §1915 Plaintiff filed a motion to proceed in forma pauperis as he lacked the financial means to make full prepayment of fees or to give security therefore. See Doc. 3. This Court granted the said motion on August 23, 2023. See Doc. 4. Pursuant to Federal Rule of Procedure 4(c)(3), this Court must appoint the U.S. Marshall to effect service of

the summons and complaint if the Plaintiff has been authorized to proceed in forma pauperis under 28 U.S.C. §1915. As such, the Plaintiff now requests that this Court direct the U.S. Marshall to serve a copy of the summons and complaint upon Defendant, Blaise Smith, in his official capacity as sheriff for St. Mary Parish.

**WHEREFORE**, the plaintiff the prays to this honorable Court it issue an order directing the U.S. Marshall to serve a copy of the summons and complaint upon the Defendant, Blaise Smith, in his official capacity as sheriff for St. Mary Parish.

Respectfully submitted,

/s/ DASHAWN HAYES

_____

DaShawn Hayes, #34,204
The Hayes Law Firm, PLC
1100 Poydras St., Ste 1530
New Orleans, LA 70163
Phone: 504-799-0374
Fax: 504-799-0375
dphayesesquire@gmail.com
Attorney for Plaintiff