UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CHARLES BEVERLY,**<br>    Plaintiff | :<br>:<br>: |
| | :    CASE NO.: 6:23-cv-1130 |
| | :<br>: |
| VERSUS | :    JUDGE: Robert R. Summerhays |
| | :<br>:    MAG. JUDGE: Carol B. Whitehurst |
| | : |
| **BLAISE SMITH,**<br>in his official capacity as<br>sheriff for St. Mary<br>Parish, **DEPUTY JANE DOE,** in her<br>individual and official capacity as Deputy<br>for St. Mary Parish Sheriff's Office, | :<br>:<br>:<br>:<br>:<br>: |
| | :<br>:<br>:<br>: |
| **Defendants** | : |

**ORDER**

**IT IS HEREBY ORDERED** the United States Marshall be directed to effect service of a copy of the summons and complaint upon the Defendant, Blaise Smith, in his official capacity as sheriff for St. Mary Parish.

SIGNED this _____ day of _____, 2023

_____
UNITED STATES DISTRICT COURT JUDGE